IN THE MATTER OF JOHANNES HOFFMAN LICENSE NO. AI8927 LICENSED TO PRACTICE ARCHITECTURE IN THE STATE OF NEW JERSEY.

February 21, 1989.

Petitions for certification denied.

LOU FERRARO, ET AL. v. THE ZONING BOARD OF ADJUSTMENT OF THE TOWNSHIP OF HOLMDEL AND TOWNSHIP OF HOLMDEL.

February 21, 1989.

Petition for certification granted.   (See 228 *N.J.Super.* 33)

SAIDE SHABA, ET AL. v. WALTER HEIMRICH, ET AL.

February 21, 1989.

Petition for certification denied.